IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEVEN D. STEWART,

                                     ORDER

             Plaintiff,

                                  10-cv-360-bbc

    v.

Former Secretary MATTHEW FRANK,
RICH RAEMISCH, CYNTHIA THORPE,
JOHN and JANE DOES in Madison,
RICHARD SCHNEITER Wisconsin D.O.C.,
Warden PETER HUIBREGTSE, GARY BOUGHTON,
MONICA HORNER, CAPT. BROWN, CAPT. MASON,
CAPT. SHARPE, LT. HANFELD, LT. TOM,
C.O. JUERGEN, C.O. JOSETH HASSELL,
C.O. TRACY MARTIN, SGT. P. HENNEMAN,
C.O. L. JOHNSON, C.O. CAYA, SGT. THOMAS SCHMIDT,
C.O. MCLIMANS, C.O. DANE ESSER, C.O. SCULLION,
SGT. SICKINGER, C.O. NELSON, C.O. HINRICHS,
SGT, BLOYER, SGT. CARPENTER, C.O. COCKROFT,
C.O. HULCE, T. BELZ the father, C.O. BELZ the son,
C.O. BEARCE, C.O. A. JONES, C.O. C. FINNELL,
3RD Shift JONES, CHRISTINE BEERKIRSHER,
ELLEN K. RAY, KELLY TRUMM,
Social Worker A. JOHNSON, SGT. WALLACE,
SGT. WRIGHT, LT. GRONDIN, SGT. RICHTER,
C.O. FRIEDRICK, DR. BURTON COX,
Nurse CINDY SAWINSKI, Nurse MARY MILLER,
Nurse JOLINDA WATERMAN, Nurse MAURA,
Nurse VICKY, Nurse BONNIE STOBNER,
JANE and JOHN DOES, Nurse DEB CAMBELL,
Warden PHIL KINGSTON, Unit Manager BRUCE SCHLESLAG,

SGT. BILLY SCHLESLAG, SGT. MAYS, ANGELINA KROLL,
DR. CHARLIE LARSON, Health Manager BELINDA SCHRUBBE,
Nurse GAIL, Warden GREG GRAMS, CAPT. RADTKE,
C.O. BIDLEMAN, C.O. NEUMAIER, C.O. SWANSON,
C.O. KROCKER, C.O. ISSACSON, SGT. KOTTKE,
SGT. AL PULVER, LT. SCHOENBERG, JANEL NICHOL,
DR. D. SULIENE, Nurse STEVE,
Warden ROBERT HUMPHREYS,Deputy PAUL KEMPE,
JAY ALDANA, ADAM GEGARE, NANCY PADGETT,
C.O. HERWIG, C.O. STINE, SGT. BARRY,
LT. K. SCHMIDT, DR. LUY, JANE and JOHN DOES,
DR. BRUCE HARMS, DR. BRADLEY WATERMAN,
DR. CRYLEN, DR. BENJAMIN R. BROOKS,
DR. JOSETH P. HEISE, District Attorney, LISA RINIKER,
Grant Co. Sheriff KEITH GOVIER, SGT. KOPP,
and Detective TRAVIS KLAAS,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Steven Stewart, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed in forma pauperis. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaint was submitted on June 23, 2010. His trust fund account statement should cover the six-month period beginning approximately December 21, 2009

2

and ending approximately June 21, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until July 23, 2010, in which to submit a trust fund account statement for the period beginning December 21, 2009 and ending June 21, 2010. If, by July 23, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 1st day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge