IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN D. STEWART,

    Plaintiff,

v.

MATTHEW FRANK, RICH RAEMISCH, CYNTHIA THORPE,
RICHARD SCHNEITER, PETER HUIBREGTSE, GARY BOUGHTON,
MONICA HORNER, CAPT. BROWN, CAPT. BOISEN, CAPT. GERL,
CAPT. GARDNER, TIMOTHY GILBERG, CAPT. MASON, CAPT.
SHARPE, LT. HANFELD, LT. TOM, C.O. JUERGEN, C.O. JOSEPH
HASSELL, TRACY MARTIN, PHILLIP HENNEMAN, LEONARD
JOHNSON, C.O. CAYA, SGT. THOMAS SCHMIDT,
C.O. MCLIMANS, C.O. DANE ESSER, C.O. SCULLION, SGT.
SICKINGER, C.O. NELSON, C.O. HINRICHS, SGT. BLOYER,
SGT. CARPENTER, C.O. COCKROFT, C.O. HULCE, T. BELZ,
C.O. BELZ, C.O. BEARCE, C.O. A. JONES, C.O. C. FINNELL,
3RD Shift JONES, CHRISTINE BEERKIRSHER, ELLEN K. RAY, KELLY
TRUMM, Social Worker A. JOHNSON, SGT. WALLACE,
SGT. WRIGHT, LT. GRONDIN, SGT. RICHTER, C.O. FRIEDRICK,
BURTON COX, CINDY SAWINSKI, MARY MILLER, JOLINDA
WATERMAN, Nurse MAURA, Nurse VICKY, Nurse BONNIE
STOBNER, DEB CAMBELL, PHIL KINGSTON, BRUCE SCHLESLAG,
SGT. BILLY SCHLESLAG, SGT. MAYS, ANGELINA KROLL,
DR. CHARLIE LARSON, BELINDA SCHRUBBE, Nurse GAIL,
Warden GREG GRAMS, CAPT. RADTKE, C.O. BIDLEMAN, C.O.
NEUMAIER, C.O. SWANSON, C.O. KROCKER, C.O. ISSACSON,
SGT. KOTTKE, SGT. AL PULVER, LT. SCHOENBERG,
JANEL NICHOL, DR D. SULIENE, Nurse STEVE,
ROBERT HUMPHREYS, Deputy PAUL KEMPE, JAY ALDANA,
ADAM GEGARE, NANCY PADGETT, C.O. HERWIG, C.O. STINE,
SGT. BARRY, LT. K. SCHMIDT, DR. LUY, DR. BRUCE HARMS,
DR. BRADLEY WATERMAN, DR. CRYLEN, DR. BENJAMIN R.
BROOKS, DR. JOSEPH P. HEISE, LISA RINIKER, KEITH GOVIER,
SGT. KOPP and TRAVIS KLAAS,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-360-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed with prejudice.

By: L. Jensen, Deputy Clerk  
Peter Oppeneer, Clerk of Court

5-25-11  
Date